Case 3:24-cv-00071   Document 27   Filed on 04/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ENVTECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-71 |
| | § | |
| PATRICK ANDREW DEBUSK, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the court is DeBusk's motion to dismiss Envtech's amended complaint under Rule 12(b)(6). Dkt. 22. Because the amended complaint suffers from the same deficiencies as the original complaint, the court grants the motion. Dkts. 20, 21, 22. And having already permitted Envtech to file an amended complaint after granting DeBusk's first motion to dismiss, Dkt. 20, the court denies Envtech's request for leave to amend. Dkt. 23 at 34.

Signed on Galveston Island this 24th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE